# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| Aletyx Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 5:26-CV-345** |
| | ) | |
| Victor Martins Bicudo LTDA and | ) | **NOTICE OF APPEARANCE** |
| Victor Martins Bicudo, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PLEASE TAKE NOTICE that Kelsey I. Nix of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP gives notice of his appearance as counsel for Plaintiff Aletyx Inc. in the above-referenced action.

Dated: May 21, 2026

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: */s/ Kelsey I. Nix*
Kelsey I. Nix (N.C. Bar No. 61391)
Jonathan V. Lewis (N.C. Bar No. 54482)
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
knix@smithlaw.com
jlewis@smithlaw.com