IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:26-cv-345

Aletyx Inc. )
)
Plaintiff(s), )
v. )
Victor Martins Bicudo LTDA and Victor Martins Bicudo )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

__Aletyx Inc.__ who is __Plaintiff__ ,
(name of party/intervenor)          (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ◯          NO ◉

2. Does the party/intervenor have any parent corporations?

   YES ◯          NO ◉

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ◯          NO ◉

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ⊗ ○        NO ⊙

5. Is the party/intervenor a trade association?

YES ○        NO ⊙

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| Alexandre Porcelli Bakos | Florida |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| Timothy John Wuthenow | North Carolina |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |
| | |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Kelsey I. Nix

Date: See the next page.

2

Dated: May 21, 2026

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

By: */s/ Kelsey I. Nix*
Kelsey I. Nix (N.C. Bar No. 61391)
Jonathan V. Lewis (N.C. Bar No. 54482)
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
knix@smithlaw.com
jlewis@smithlaw.com

3